Nov. Term, 1835.

SANDFORD
v.
SHELBY.

---

SANDFORD *v.* SHELBY, Administratrix.—In error.

*Monday,*
*December* 14.

WHEN exhibits are the foundation of a suit in chancery and their execution is not admitted, they must be proved either by depositions, or *viva voce* at the hearing (1).

(1) In *New-York,* exhibits of all kinds, viz. deeds, letters, &c. may be proved *viva voce* at the hearing, provided satisfactory reasons be given why they were not proved in the regular way before the examiner, and provided due no-

tice have been given to the opposite party of an intention to make such proof at the hearing. *Consequa* v. *Fanning*, 2 Johns. C. R. 481.

When an exhibit is proved *viva voce* at the hearing, the witness may be cross-examined under the direction and discretion of the Court. *Ibid.*

In *England*, to authorise the proof of an exhibit *viva voce* at the hearing, an order for that purpose must be previously obtained, and a copy of the order must be served on the opposite party. 1 Newl. Ch. Pr. 285.

Such proof is allowed only on the application of the party who is to use the exhibit; but not on the application of the opposite party. *Graves* v. *Budgel*, 1 Atk. 444.—2 Madd. Ch. 427.

A subpœna may be obtained to enforce the attendance of the witness, to prove an exhibit *viva voce* at the hearing. 2 Madd. *Supra.*